UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MATTHEW JONES, *et al.*,

    Plaintiffs-Appellants,

v.

XAVIER BECERRA, *et al.*,

    Defendants-Appellees.

No. 20-56174

D.C. No. 3:19-cv-01226-L-AHG
District of California,
Southern

ORDER

The parties' joint motion for a 7-day extension of time to file the supplemental briefs and response supplemental briefs (20-56174, ECF No. 51) is GRANTED. The parties shall submit their supplemental briefs on Friday, April 23, 2021, and shall submit their responsive supplemental briefs on Monday, May 3, 2021.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7