UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MATTHEW JONES, *et al.*, | No. 20-56174 |
|---|---|
| Plaintiffs-Appellants, | D.C. No. 3:19-cv-01226-L-AHG<br>District of California,<br>Southern |
| v. | |
| XAVIER BECERRA, *et al.*, | ORDER |
| Defendants-Appellees. | |

The motion of Neal Goldfarb for leave to file an amicus brief (DE No. 59) is GRANTED and the request to participate in oral argument is DENIED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7