| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 4 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MATTHEW JONES, *et al.*,

    Plaintiffs-Appellants,

v.

XAVIER BECERRA, *et al.*,

    Defendants-Appellees.

No. 20-56174

D.C. No. 3:19-cv-01226-L-AHG
District of California, Southern

ORDER

The motion of Neal Goldfarb for leave to file a 2,948-word Reply Brief as Amicus Curiae, and request to suspend the operation of Circuit Rule 29.1 (DE No. 68) is DENIED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7